[No. 57468-0-I.   Division One.   February 20, 2007.]

CHARLES E. JOHNSON, *Appellant*, v. SAFEWAY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-23673-6, Laura Gene Middaugh, J., entered December 2, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Agid, J. Now published at 137 Wn. App. 701.

[No. 57474-4-I.   Division One.   February 20, 2007.]

*In the Matter of the Marriage of* NORTON JAMES POSEY, *Appellant*, and CAROL JEAN LARSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-09060-7, Jay V. White, J., entered December 2 and 13, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Dwyer, JJ.

[No. 57549-0-I.   Division One.   February 20, 2007.]

JEANNE SMITH ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-21373-1, Cheryl B. Carey, J., entered January 6, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 57804-9-I.   Division One.   February 20, 2007.]

MYRNA BLACK, *as Personal Representative, Appellant*, v. ROBBEN, BLAUERT, RAHLFS & ROHRBACK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-27487-7, Dean Scott Lum, J., entered January 31, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Agid, JJ.